PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

NOV 03 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Lamont Jackson            Docket No. 1:05-CR-443-JTC

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Robyn W. Smith PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Lamont Jackson who was placed on supervision for the offense of Convicted Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e)(1), by the Honorable William L. Hungate sitting in the court at St. Louis, on the 27th day of September, 1990 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

**On January 27, 2005, the conditions of supervised release were modified to include that the defendant complete 16 hours of community service.**

**Jurisdiction was transferred to the Northern District of Georgia September 26, 2005.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**New Offense:** On June 3, 2005, the defendant committed the offense of Possession with Intent to Distribute Marijuana in Gwinnett County, Georgia.

**Failure to comply with drug testing:** The defendant failed to report as directed for drug testing on June 16, 2005, and June 27, 2005.

U.S.A. v. Lamont Jackson
Docket No.: 1:05-CR-443-JTC
Petition and Order to Show Cause
Page 2

PRAYING THAT THE COURT WILL ORDER Lamont Jackson to appear before the Court in Newnan, on Wednesday, November 9, 2005 at 2:00 p.m, as directed to show cause why Supervised Release should not be revoked.

ORDER OF COURT

Considered and ordered this __31__ day of __Oct__, __05__ and ordered filed and made a part of the records in the above case.

_____
Honorable Jack T. Camp
U.S. District Court Judge

Respectfully,

_____
Robyn W. Smith
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: October 13, 2005

_____
Leigh A. Knight
Supv. U.S. Probation Officer