IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

LAMONT JACKSON,

Defendant.

CRIMINAL CASE NO.
1:05-CR-443-JTC

## ORDER

On or about the 27th day of September, 1990, the defendant was sentenced by the Honorable William L. Hungate sitting in the court at St. Louis, at which time the period of supervised release was fixed at thirty-six (36) months.

Jurisdiction was subsequently transferred to the Northern District of Georgia on September 26, 2005.

On the 21st day of December, 2005, came the attorney for the Government and the defendant appeared in person with counsel, a probation officer of this court having moved the Court to revoke the supervised release heretofore granted the defendant.

Upon considering the evidence in support of such motion; and the defendant having admitted that he violated certain conditions of his supervised release, albeit with qualification, as alleged in the Petition, Summons and Order to Show Cause;

IT IS HEREBY ORDERED and ADJUDGED that the defendant violated the conditions of his supervised release as alleged.

IT IS FURTHER ORDERED and ADJUDGED that the supervised release previously granted the defendant be MODIFIED to include the following:

Defendant shall be place on six (6) months home confinement with electronic monitoring;

Defendant shall participate in a drug treatment program under the guidance and supervision of the U.S. Probation Officer;

Defendant shall participate in a cognitive skills training program under the guidance and supervision of the U.S. Probation Officer.

All other conditions of his supervised release shall remain in effect.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Order to the United States Marshal or other qualified officer.

IT IS SO ORDERED.

This 23 day of January, 2006.

JACK T. CAMP
UNITED STATES DISTRICT JUDGE